```
 1  EILEEN M. DECKER
    United States Attorney
 2  DOROTHY A. SCHOUTEN
 3  Assistant United States Attorney
    Chief, Civil Division
 4  ROBYN-MARIE LYON MONTELEONE
 5  Assistant United States Attorney
    Chief, General Civil Section
 6  LYNN HARADA [C.S.B.N. 267616]
 7  Special Assistant United States Attorney
          Social Security Administration, Region IX
 8        160 Spear St., Suite 800
 9        San Francisco, CA  94105
          Telephone: 415-977-8977
10        Facsimile: 415-744-0134
11        e-mail: Lynn.Harada@ssa.gov
12  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| KERVIN JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:16-cv-00432-AGR<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  October 25, 2016

                                        *Alicia G. Rosenberg*
                                    HON. ALICIA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE