```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile: (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KERVIN JONES, | No. EDCV 16 – 432 AGR |
| Plaintiff, | ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND THREE HUNDRED FORTY-SIX DOLLARS AND 77/100 (3,346.77) subject to the terms of the stipulation.

DATE: December 1, 2016    _____

HON. ALICIA G. ROSENBERG,
UNITED STATES MAGISTRATE JUDGE